CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
CHRISTOPHER PETERSEN (SBN 260631)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:      310-229-1000
Facsimile:      310-229-1001
cconway@akingump.com
gknopp@akingump.com
cpetersen@akingump.com

Attorneys for STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASSANDRA MCELROEN,<br><br>                    Plaintiffs,<br><br>    v.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1-10, inclusive,<br><br>                    Defendants. | Case No. C 08-05684 MHP<br><br>[~~PROPOSED~~] **STIPULATED ORDER TO CONTINUE (1) MEDIATION COMPLETION DATE AND (2) POST-MEDIATION AND CASE MANAGEMENT CONFERENCE**<br><br>(Superior Court of California, San Francisco County, Case No. CGC 08-481853) |

1  WHEREAS, (i) the mediation completion date in the above-captioned action is currently set for
2  June 15, 2009; (ii) the post-mediation and case management conference is currently set for July 6,
3  2009; (iii) scheduling conflicts led to a delay in Defendant Starbucks Corporation's ("Starbucks")
4  deposition of Plaintiff Cassandra McElroen, and Starbucks has only recently received the deposition
5  transcript; (iv) scheduling conflicts prevent mediation by June 15; (v) Plaintiff's counsel has a trial
6  beginning on June 29 that is scheduled to last up to twenty days; (vi) Starbucks and Plaintiff have
7  agreed to complete mediation by August 14, 2009;

1

[PROPOSED] STIPULATED ORDER TO CONTINUE (1) MEDIATION COMPLETION DATE AND (2) POST-MEDIATION AND CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED, by and between Starbucks and Plaintiff Cassandra McElroen, through their attorneys of record, that:

1. The mediation completion date in this action be continued to August 14, 2009; and

2. The post-mediation and case management conference in this action be continued to August ~~28~~ 31, 2009, 3:00 p.m., Courtroom 15.

Dated: June 10, 2009                    AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Christopher K. Petersen
Attorneys for STARBUCKS CORPORATION

Dated: June 10, 2009                    LAW OFFICE OF MARY-ALICE COLEMAN

By _____
Thomas B. Gill
Attorneys for CASSANDRA MCELROEN

**IT IS SO ORDERED.**

Dated: ___June 12___, 2009    By _____
Judge Marilyn H. Patel

*IT IS SO ORDERED* — Judge Marilyn H. Patel (United States District Court, Northern District of California seal)

---

2

[PROPOSED] STIPULATED ORDER TO CONTINUE (1) MEDIATION COMPLETION DATE AND (2) POST-MEDIATION AND CASE MANAGEMENT CONFERENCE