| | |
|---|---|
| 1 | CATHERINE A. CONWAY (SBN 98366) |
|   | GREGORY W. KNOPP (SBN 237615) |
| 2 | CHRISTOPHER PETERSEN (SBN 260631) |
|   | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| 3 | 2029 Century Park East, Suite 2400 |
|   | Los Angeles, California 90067-3012 |
| 4 | Telephone: 310-229-1000 |
|   | Facsimile: 310-229-1001 |
| 5 | cconway@akingump.com |
|   | gknopp@akingump.com |
| 6 | cpetersen@akingump.com |
| 7 | Attorneys for STARBUCKS CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASSANDRA MCELROEN, | Case No. C 08-05684 MHP |
| Plaintiffs, | [~~PROPOSED~~] **STIPULATED ORDER TO CONDUCT A SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION AND TO CONTINUE POST-MEDIATION AND CASE MANAGEMENT CONFERENCE** |
| v. | |
| STARBUCKS CORPORATION, a Washington corporation, and DOES 1-10, inclusive, | |
| Defendants. | (Superior Court of California, San Francisco County, Case No. CGC 08-481853) |

| | |
|---|---|
| 1 | WHEREAS, (i) the parties initially agreed to conduct private mediation; (ii) the mediation |
| 2 | completion date in the above-captioned action is currently set for August 14, 2009; (iii) the post- |
| 3 | mediation and case management conference is currently set for August 31, 2009; (iv) scheduling |
| 4 | conflicts led to a delay in Defendant Starbucks Corporation's ("Starbucks") deposition of Plaintiff |
| 5 | Cassandra McElroen ("Plaintiff"); (v) scheduling conflicts have thus far prevented mediation; (vi) after |
| 6 | further investigation and analysis, the parties agree that conducting a settlement conference before a |
| 7 | Magistrate Judge in lieu of private mediation would be in the interests of both parties due to the |
| 8 | significant expense of conducting private mediation; (vii) the parties seek to be assigned to a |
| 9 | Magistrate Judge for the purposes of conducting a settlement conference at the Magistrate's earliest |
| 10 | convenience; |
| 11 | /// |
| 12 | /// |
| 13 | /// |
| 14 | /// |
| 15 | /// |
| 16 | /// |
| 17 | /// |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

1

[PROPOSED] STIPULATED ORDER TO CONDUCT A SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION AND TO CONTINUE POST-MEDIATION AND CASE MANAGEMENT CONFERENCE

IT IS HEREBY STIPULATED, by and between Starbucks and Plaintiff Cassandra McElroen, through their attorneys of record, that:

1. The parties will conduct a settlement conference at the assigned Magistrate Judge's earliest convenience; and **shall be conducted within the next 45-60 days**;

2. The post-mediation (or, post-settlement conference) and case management conference in this action be continued until as soon as it is practicable following the date assigned by the Magistrate to conduct the settlement conference. *

Dated: August 5, 2009                AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
   Christopher K. Petersen
   Attorneys for STARBUCKS CORPORATION

Dated: August 5, 2009                LAW OFFICE OF MARY-ALICE COLEMAN

By _____
   Thomas D. Bell
   Attorneys for Plaintiff McELROEN

**IT IS SO ORDERED.**

Dated: 8/6, 2009

By _____
   Judge Marilyn H. Patel

IT IS SO ORDERED
Judge Marilyn H. Patel

**\* A further Status Conference is set for 11/16/2009 at 3:00 p.m., with a joint supplemental status report to be filed by 11/9/2009.**

2

[PROPOSED] STIPULATED ORDER TO CONDUCT A SETTLEMENT CONFERENCE IN LIEU OF PRIVATE MEDIATION AND TO CONTINUE POST-MEDIATION AND CASE MANAGEMENT CONFERENCE