CATHERINE A. CONWAY (SBN 98366)
GREGORY W. KNOPP (SBN 237615)
CHRISTOPHER PETERSEN (SBN 260631)
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001
cconway@akingump.com
gknopp@akingump.com
cpetersen@akingump.com

Attorneys for STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASSANDRA MCELROEN,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. C 08-05684 MHP<br><br>[PROPOSED] STIPULATED ORDER TO CONDUCT A SETTLEMENT CONFERENCE ON OCTOBER 20, 2009<br><br>(Superior Court of California, San Francisco County, Case No. CGC 08-481853) |

1 WHEREAS, (i) on August 6, 2009, the Court approved the parties' stipulation to conduct a settlement conference in lieu of private mediation; (ii) the Court ordered the settlement conference to take place within 45-60 days; (iii) the settlement conference has been assigned to Magistrate Judge Maria-Elena James; (iv) Magistrate Judge James scheduled the settlement conference for October 20, 2009, which is 15 days beyond the 45-60 day deadline the Court set to conduct the settlement conference; (v) Defendant contacted Magistrate Judge James' calendar clerk to try to re-schedule the conference within the time period set by the Court, but no earlier dates are available; (vi) no adjustment to the status conference the Court set for November 16, 2009 would need to be made if the Court approves the settlement conference date of October 20, 2009.

1  IT IS HEREBY STIPULATED, by and between Defendant Starbucks Corporation and Plaintiff
2  Cassandra McElroen, through their attorneys of record, that:
3      1. The parties will conduct a settlement conference before Magistrate Judge Maria-Elena
4  James on October 20, 2009.
5      2. The date of the Status Conference set by the Court following the settlement conference
6  will remain the same: November 16, 2009.

Dated: August 12, 2009

AKIN GUMP STRAUSS HAUER & FELD LLP

By _____
Christopher K. Petersen
Attorneys for STARBUCKS CORPORATION

Dated: August 12, 2009

LAW OFFICE OF MARY-ALICE COLEMAN

By _____
Thomas B. Gill
Attorneys for CASSANDRA MCELROEN

**IT IS SO ORDERED.**

Dated: August 13, 2009    By _____
The Honorable
Judge of the United States District Court

*IT IS SO ORDERED*
Judge Marilyn H. Patel