1  CATHERINE A. CONWAY (SBN 98366)
   GREGORY W. KNOPP (SBN 237615)
2  CHRISTOPHER PETERSEN (SBN 260631)
   **AKIN GUMP STRAUSS HAUER & FELD LLP**
3  2029 Century Park East, Suite 2400
   Los Angeles, California 90067-3012
4  Telephone:   310-229-1000
   Facsimile:   310-229-1001
5  cconway@akingump.com
   gknopp@akingump.com
6  cpetersen@akingump.com

7  Attorneys for STARBUCKS CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CASSANDRA MCELROEN,<br><br>        Plaintiffs,<br><br>   v.<br><br>STARBUCKS CORPORATION, a Washington corporation, and DOES 1-10, inclusive,<br><br>        Defendants. | Case No. C 08-05684 MHP<br><br>[PROPOSED] STIPULATED ORDER TO CONDUCT A SETTLEMENT CONFERENCE ON MARCH 26, 2010 |

1  WHEREAS, (i) on August 13, 2009, the Court approved the parties' stipulation to
2  conduct a settlement conference on October 20, 2009 before Magistrate Judge Maria-
3  Elena James; (ii) Magistrate Judge James canceled the October 20, 2009 settlement
4  conference; (iii) the parties have been working closely with Magistrate Judge James's
5  calendar clerk to conduct the conference as soon as possible; (iv) the nearest opening on
6  Magistrate Judge James's calendar for a settlement conference is March 26, 2010,
7  absent cancellation of another conference currently on Magistrate Judge James's
8  schedule; (v) the parties will attempt to conduct the conference before March 26, 2010,
9  in the event of any cancellation on Magistrate Judge James's calendar, and may be able
10 to proceed on January 20, 2010, according to Magistrate Judge James's calendar clerk,
11 although that date is not definite; (vii) the post-settlement conference status conference
12 has been set for November 16, 2009.

IT IS HEREBY STIPULATED, by and between Defendant Starbucks Corporation and Plaintiff Cassandra McElroen, through their attorneys of record, that:

1. The parties will conduct a settlement conference before Magistrate Judge Maria-Elena James on March 26, 2010, unless an opening on Magistrate Judge James's calendar permits an earlier date.

2. The date of the Status Conference following the Settlement Conference be moved from November 16, 2009 to April 5, 2010. at 3:00 p.m.

Dated: November 3, 2009          AKIN GUMP STRAUSS HAUER & FELD LLP

                                 By /s/ Christopher K. Petersen
                                    Christopher K. Petersen
                                    Attorneys for STARBUCKS CORPORATION

Dated: November 3, 2009          LAW OFFICE OF MARY-ALICE COLEMAN

                                 By /s/ Thomas B. Gill
                                    Thomas B. Gill
                                    Attorneys for CASSANDRA MCELROEN

**IT IS SO ORDERED**.

Dated: 11/4         , 2009        By_____
                                     The Honorable Marilyn H. Patel
                                     Judge of the United States District Court

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 2029 Century Park East, Suite 2400, Los Angeles, California 90067. On November 3, 2009, I served the foregoing document(s) described as: CAPTION on the interested party(ies) below, using the following means:

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 3, 2009 at Los Angeles, California.

Rose Shushanyan          /s/ Rose Shushanyan
Print Name               Signature

Case No. 08-05684 MHP

PROOF OF SERVICE